**UNITED STATES of America ex rel. Edward A. WOYDAKOWSKI v. Cornelius J. BURKE, Warden Eastern State Penitentiary.**

No. 10800.

United States Court of Appeals Third Circuit.

Submitted Nov. 3, 1952.

Decided Nov. 21, 1952.

E. A. Woydakowski, pro se.

Carlon M. O'Malley and Ralph P. Needle, Scranton, Pa., for appellee.

Before MARIS, GOODRICH and HASTIE, Circuit Judges.

PER CURIAM.

The relator appeals from the dismissal of his petition for a writ of habeas corpus. We find no merit whatever in his contentions on appeal. See Com. ex rel. Radziewicz v. Burke, 1951, 169 Pa.Super. 263, 82 A.2d 252, in which contentions similar to those of the relator here were fully considered and authoritatively disposed of.

The judgment of the district court will be affirmed.

**UNITED STATES of America, Appellant, v. W. D. EASTLAND and wife, Myrtle Eastland, Noema E. Cook and G. M. Smith and wife, Emmabell Smith, Appellees.**

No. 14006.

United States Court of Appeals Fifth Circuit.

Nov. 25, 1952.

Chas. F. Herring, U. S. Atty., San Antonio, Tex., Charles S. Lyon, Asst. Atty. Gen., Dept. of Justice, Ellis N. Slack, Sp. Asst. to Atty. Gen., Morton K. Rothschild, S. Dee Hanson, Washington, D. C., for appellant.

Dorothy Ann Kinney, Amarillo, Tex., for appellees.

Before HOLMES, RUSSELL and STRUM, Circuit Judges.

PER CURIAM.

The judgments in these consolidated cases, D.C., 103 F.Supp. 182, are reversed, and judgment rendered here for the United States, upon the authority of Arrowsmith v. Commissioner, 73 S.Ct. 71.